```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
                                                          ELECTRONICALLY FILED
                                                          DOC #:
                                                          DATE FILED: November 25, 2019
```

------------------------------------------------------------X
JERMAINE DELESTON                    :
                                     :
              Plaintiff(s),          :     19 Civ. 3187   (LGS)
                                     :
       -against-                     :            ORDER
                                     :
TACOS GRAND CENTRAL, INC. et al.     :
                                     :
              Defendant(s),          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

      The Court has been informed that the Parties have reached a settlement in principle in this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.

Dated: November 25, 2019
      New York, New York

                                                        **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**