

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

May 1, 2020

United States District Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 1106
New York, New York 10007

      **Re:** *Deleston v. Tacos Grand Central, Inc., et al.*, Case No. 1:19-cv-3187-LGS

Dear U.S. District Judge Schofield:

      This office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported the above referenced action has been settled. Currently, Plaintiff is only waiting to receive the original signed documents, which counsel for defendant Tacos Grand Central, Inc. has indicated is in transit. Respectfully, we are jointly requesting with counsel for the defendant Tacos Grand Central, Inc. a stay of all deadlines and conferences for fourteen (14) days to ensure the fully executed settlement agreement may be received by all parties and their counsel.

      We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

APPLICATION GRANTED.

BASHIAN & PAPANTONIOU, P.C.

The deadline to reopen is extended to May 19, 2020.

/s/ *Erik M. Bashian*

_____

Dated: May 4, 2020
      New York, New York

Erik M. Bashian, Esq.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**